# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

**AFTER CONSIDERING THE APPLICATIONS** for executive clemency of the following named persons, I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on **February 3, 2017,** leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| Benjy Neil Allums | Reg. No. 06080-017 |
| Anthony Anderson | Reg. No. 30278-160 |
| Randy Boler | Reg. No. 10835-067 |
| Angel Cardona | Reg. No. 38540-060 |
| Arthur Clinkscale | Reg. No. 54041-060 |
| Eladio Cruz | Reg. No. 23970-050 |
| Virgil Leon Darville | Reg. No. 73221-004 |
| Leroy Fondren, Jr. | Reg. No. 02707-025 |
| Leticia Garcia | Reg. No. 12568-179 |
| Alvin Green | Reg. No. 30411-013 |
| Lancell Maurice Harris | Reg. No. 19622-009 |
| Dontae Lamont Hunt | Reg. No. 67611-065 |
| Arthur Jarrod Jackson | Reg. No. 24173-077 |
| Jesse Jackson, Jr. | Reg. No. 29142-077 |
| Rodrickus Antonio Jamison | Reg. No. 06290-084 |
| Cesar R. Jara | Reg. No. 16763-424 |
| Victor Matias, Jr. | Reg. No. 04680-090 |
| Lamont Alvin McElveen | Reg. No. 99987-071 |
| Jerry Pirtle | Reg. No. 15441-026 |
| John Purcell | Reg. No. 39851-066 |
| Bart Ellis Shoupe | Reg. No. 44194-080 |
| Alan Jerome Spears | Reg. No. 38195-060 |
| Ausby Stowers | Reg. No. 10054-041 |
| Henry Lee White | Reg. No. 23153-018 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **120 months' imprisonment,** leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| Brandon J. Lewis | Reg. No. 15762-026 |
| Manuel Viera | Reg. No. 46598-004 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **168 months' imprisonment,** leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| Dameon Russell | Reg. No. 25936-039 |
| Lamarcus Walthugh Stilling | Reg. No. 50366-018 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **188 months' imprisonment,** leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Martavious Devonn Anderson** | Reg. No. 24104-057 |
| **Desmond Belle** | Reg. No. 15233-171 |
| **Jerald McCullough** | Reg. No. 43443-037 |
| **Tesmone Darin Paschal** | Reg. No. 31448-074 |
| **Christopher Alan Simmons** | Reg. No. 15127-026 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **240 months' imprisonment,** leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Gary Brown** | Reg. No. 04698-036 |
| **Julio Figueroa** | Reg. No. 48186-066 |
| **Lincoln Cardell Henderson** | Reg. No. 16553-045 |
| **Rodger Lee Moran** | Reg. No. 09325-030 |
| **Krishna Mote** | Reg. No. 68377-067 |
| **Ronald Pirtle** | Reg. No. 61872-053 |
| **Chris Robinson** | Reg. No. 41438-074 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **262 months' imprisonment,** leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Philander Butler** | Reg. No. 16665-076 |
| **Todd Fitzgerald Frazier** | Reg. No. 33990-018 |
| **Ricky Gene Minor** | Reg. No. 05037-017 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **300 months' imprisonment,** leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Andre Lefell Reese** | Reg. No. 31178-077 |
| **Kenny Siepker** | Reg. No. 08599-029 |
| **Charles M. Woolsey** | Reg. No. 07858-028 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **360 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Aaron Keith Covington** | Reg. No. 51193-083 |
| **Lavelle Henderson** | Reg. No. 04879-031 |
| **Willi J. Hill** | Reg. No. 04561-028 |
| **Joseph Mike** | Reg. No. 11005-058 |
| **Ronald Lee Razz** | Reg. No. 75088-004 |
| **Eduardo Rodriguez-Velez** | Reg. No. 21791-069 |
| **Frank Lavelle Sharpe** | Reg. No. 10914-017 |
| **Charles E. Stokes** | Reg. No. 40962-004 |

I hereby further commute the total sentence of imprisonment imposed upon **Norwood Wallace Barber, Jr.**, Reg. No. 11041-084, to a term of **240 months' imprisonment**. I also remit any unpaid balance of the $2,500 fine imposed by the court on the said **Norwood Wallace Barber, Jr.**, Reg. No. 11041-084, that may remain at the expiration of his term of incarceration. I leave intact and in effect the 10-year term of supervised release imposed by the court with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Shawn Leo Barth**, Reg. No. 08470-059, to a term of **322 months' imprisonment**. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Christopher Steven Bowen**, Reg. No. 21477-057, to a term of **262 months' imprisonment**. I also remit any unpaid balance of the $6,000 fine imposed by the court on the said Christopher Steve Bowen, Reg. No. 21477-057, that may remain at the expiration of his term of incarceration. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Martin Leroy Dwyer**, Reg. No. 15503-171, to expire on **May 4, 2017**, leaving intact and in effect the five-year term of supervised release imposed by the court with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Roosevelt Hamlin**, Reg. No. 15773-026, to a term of **236 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Mark Louis Katzin, Sr.**, Reg. No. 54467-066, to expire on **May 1, 2017**. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Jefferson Levine**, Reg. No. 55586-004, to a term of **327 months' imprisonment**, leaving intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **David Fitzgerald Lightner**, Reg. No. 10586-058, to expire on **October 6, 2017**. I also remit the unpaid balance, if any, of the $25,000 fine imposed upon the said **David Fitzgerald Lightner**, Reg. No. 10586-058. I direct the Bureau of Prisons to place the said **David Fitzgerald Lightner**, Reg. No. 10586-058, on one year of pre-release custody.

I hereby further commute the total sentence of imprisonment imposed upon **Robert Lee Nickens**, Reg. No. 10738-084, to expire on **November 5, 2016**, leaving intact and in effect the seven-year term of supervised release imposed by the court with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Karl Eugene Peacock**, Reg. No. 12346-035, to a term of **217 months' imprisonment**, leaving intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Raul Perez, aka Franky Allen**, Reg. No. 38560-018, to a term of **292 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Russell Charles Seidel**, Reg. No. 10717-059, to a term of **180 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **James A. Stone**, Reg. No. 07456-032, to a term of **262 months' imprisonment**, leaving intact and in effect all other components of the sentence. I also direct the Bureau of Prisons to place the said **James A. Stone**, Reg. No. 07456-032, on pre-release custody during the final year of his incarceration.

I hereby further commute the total sentence of imprisonment imposed upon **Lawrence Kemp Tennille**, Reg. No. 22137-039, to a term of **360 months' imprisonment**, leaving intact and in effect all other components of the sentence. I also direct the Bureau of Prisons to place the said **Lawrence Kemp Tennille**, Reg. No. 22137-039, on pre-release custody during the final year of his incarceration.

I hereby further commute the total sentence of imprisonment imposed upon **Wilfredo Vasquez**, Reg. No. 17042-054, to a term of **240 months' imprisonment**, leaving intact and in effect all other components of the sentence. I also direct the Bureau of Prisons to place the said **Wilfredo Vasquez**, Reg. No. 17042-054, on pre-release custody during the final year of his incarceration.

**I HEREBY DESIGNATE**, direct, and empower the Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each of the persons to whom I have granted clemency as evidence of my action.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this Sixth day of October in the year of our Lord Two thousand and sixteen and of the Independence of the United States the two hundred and forty-first.*

**BARACK OBAMA**
**President**